UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Randy Collier**,  )<br> )<br>    Plaintiff,    )<br> )<br>v.                 )<br> )<br>**Redline Recovery Services, LLC,**  )<br>a Georgia limited liability company,  )<br> )<br>    Defendant.    )<br>_____ ) | Case No. 1:07-cv-259<br><br>Hon. Robert Holmes Bell |

**ORDER OF DISMISSAL**

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and without costs.

Therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to all parties and without costs.

**DONE AND ORDERED** this 21 day of June , 2007.

　　　　　　　　　　　　　　　　　　　　　 /s/ Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　　Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　　Chief, U.S. District Judge